656 A.2d 434

IN THE MATTER OF BENJAMIN A. SILBER,
AN ATTORNEY AT LAW.

April 25, 1995.

## ORDER

The Disciplinary Review Board having filed its decision with the Court on March 24, 1995, recommending that **BENJAMIN A. SILBER** of **CARNEYS POINT,** who was admitted to the bar of this State in 1976, be reprimanded for violating *RPC* 4.2 (communicating with a party known to be represented by counsel) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **BENJAMIN A. SILBER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.